No. 91–501. APONTE, MAYOR OF THE MUNICIPALITY OF CAROLINA, ET AL. *v.* HIRALDO-CANCEL ET AL., *ante*, p. 1004. Motion of respondents for attorney's fees denied.

No. 91–860. UNITED STATES DEPARTMENT OF COMMERCE ET AL. *v.* MONTANA ET AL. D. C. Mont. [Probable jurisdiction noted, *ante*, p. 1012.] Motion of Attorney General of Washington for leave to participate in oral argument as *amicus curiae*, for divided argument, and for additional time for oral argument denied. Motion of Attorney General of Massachusetts for leave to participate in oral argument as *amicus curiae*, for divided argument, and for additional time for oral argument denied.

No. 91–1270. RICHARDS, GOVERNOR OF TEXAS, ET AL. *v.* TERRAZAS ET AL. Appeal from D. C. W. D. Tex. Motion of appellants to expedite consideration of the statement as to jurisdiction denied.

No. 91–5771. WADE *v.* UNITED STATES. C. A. 4th Cir. [Certiorari granted, *ante*, p. 1003.] Motion of National Association of Criminal Defense Lawyers for leave to participate in oral argument as *amicus curiae*, for divided argument, and for additional time for oral argument denied.

No. 91–6734. NESHEWAT *v.* HAGSTROM ET AL. Ct. App. N. Y.; and

No. 91–6854. INGALLS *v.* ROOSEVELT COUNTY, NEW MEXICO, ET AL. Sup. Ct. N. M. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until March 16, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), I would deny the petitions for writs of certiorari without reaching the merits of the motions to proceed *in forma pauperis*.